Report Date: June 9, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Avrin     Case Number: 0980 2:17CR00093-RMP-1

Address of Offender:     Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 5, 2006

Original Offense:     Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:     Prison - 135 months;     Type of Supervision: Supervised Release

TSR - 60 months

Asst. U.S. Attorney:  U.S. Attorney's Office     Date Supervision Commenced: November 17, 2014

Defense Attorney:  Federal Defender's Office     Date Supervision Expires: November 16, 2019

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 2**: The defendant shall participate in substance abuse testing, to include not more than 106 urinalysis tests and not more than 106 Breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the costs of testing as determined by the United States Probation Officer. |

**Supporting Evidence**: Due to Mr. Avrin testing positive for THC on February 21, 2017, the undersigned officer directed him to report to Alcohol Drug Education Prevention and Treatment (ADEPT) in order to supply random urine samples and commence drug and alcohol treatment. On February 22, 2017, Mr. Avrin was directed to call ADEPT daily and to listen for the color "Brown 1." When his color was called, he was directed to report to the ADEPT office between 0700 and 1900 to supply a urine sample that day.

On May 30, 2017, ADEPT called "Brown 1" and Mr. Avrin reported to ADEPT as directed. He supplied a urine sample that tested presumptive positive for methamphetamine. He called the undersigned officer and stated he did not know why it came up as presumptive positive. The undersigned officer discussed the importance of honesty with Mr. Avrin, and after a brief discussion, Mr. Avrin self-disclosed he had used methamphetamine.

Mr. Avrin reported to the U.S. Probation Office on May 31, 2017, and signed a drug use admission form stating he used methamphetamine on or about May 25, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/09/2017

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

THE COURT ORDERS

[X]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

6/9/2017

Date