# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Avrin | Case Number: 0980 2:17CR00093-RMP-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 5, 2006

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 135 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: November 17, 2014 | |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: November 16, 2019 | |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/07/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 2**: The defendant shall participate in substance abuse testing, to include not more than 106 urinalysis tests and not more than 106 Breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the costs of testing as determined by the United States Probation Officer.<br><br>**Supporting Evidence**: On November 17, 2014, Mr. Avrin was given a copy of his judgment and his conditions of supervision were explained to him. He was directed to follow all conditions of supervision.<br><br>Mr. Avrin called the undersigned officer on August 14, 2017, and self disclosed he relapsed on methamphetamine and marijuana. Mr. Avrin was verbally admonished for this choices. He was directed to report to the United States Probation Office that same day.<br><br>Mr. Avrin reported as directed. He signed a drug use admission form stating he used methamphetamine and marijuana on August 10, 2017. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/21/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/21/2017

Date