PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Michael Avrin | Case Number: 0980 2:17CR00093-RMP-1 |

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: October 5, 2006 | Type of Supervision: Supervised Release |
| Original Offense: Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: November 17, 2014 |
| Original Sentence: Prison - 135 months<br>TSR - 60 months | Date Supervision Expires: November 16, 2019 |

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

8    You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.

### CAUSE

Mr. Avrin was before Your Honor on September 8, 2017, for a revocation hearing. The basis of this hearing was due to Mr. Avrin's continued illegal drug use. He was directed to work with the U.S. Probation Office to obtain an inpatient bed date and to successfully complete inpatient treatment. His hearing was continued 90 days to closely monitor his compliance with the Court's order.

If the Court concurs with this request for modification, it will allow the U.S. Probation Office to monitor Mr. Avrin's ability to follow through with inpatient treatment and aftercare.  Mr. Avrin has decided that inpatient treatment is essential and has signed a waiver of hearing form to reflect his consent with adding this special condition.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted to allow Michael Avrin the ability to participate in inpatient treatment.

                                                        Respectfully submitted,

by    s/Joshua D. Schull

                                                        Joshua D. Schull
                                                        U.S. Probation Officer
                                                        Date: September 18, 2017

Prob 12B
**Re: Avrin, Michael**
**September 18, 2017**
**Page 2**

THE COURT ORDERS

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[X]     The Modification of Conditions as Noted Above
[ ]     Other

_____
Signature of Judicial Officer

_____9/18/2017_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

8   You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.

Witness: _____         Signed: _____
Joshua D Schull                                     Michael Avrin
U.S. Probation Officer                              Probationer or Supervised Releasee

_____
9/8/17
Date